UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
EASTERN POTATO DEALERS, INC., CAMBRIDGE
FARMS, INC., H.C. SCHMIEDING PRODUCE, INC. and
E.K. BARE & SONS INC.,

                              Plaintiffs,                          08-cv-6280 (CJS)

            - against -                                            **STIPULATION**

TNC PACKING CORPORATION, THOMAS CASE and
NANCY CASE,

                              Defendants.
--------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for the

parties and proposed intervenors, and the pro se defendants, as follows:

1. The time for Cambridge Farms, Inc., H.C. Schmieding Produce, Inc., and E.K.

Bare & Sons Inc. ("Plaintiffs") to respond to the pending motions of Dibble and Miller and Lacy

Katzen, and to make any additional motions they deem advisable, is extended to April 15, 2011.

2. The time for the Shults intervenors to file a reply in further support of their

motion to intervene [Dkt. No. 61] is extended to April 15, 2011.

3. The time for Dibble and Miller to respond to any new papers filed in opposition to

the pending motion by Dibble and Miller [Dkt. No. 29], is extended to May 15, 2011. The time

for Dibble and Miller to respond to any new motions made by Plaintiffs is extended to May 15,

2011.

4. The time for Plaintiffs to reply to any opposition to new motions filed by them on

or before April 15, 2011, shall be May 27, 2011, it being understood that those reply papers shall

relate solely to any new motions, not to the pending motions of Dibble and Miller [Dkt. No. 29]

and Lacy Katzen [Dkt. No. 67].

- 1 -

5.     None of the parties has any objection to plaintiffs' counsel participating telephonically in the oral argument of the motions referred to in this stipulation.

6.     Fax signatures shall be deemed originals for all purposes in connection with this stipulation.

Dated:     Rochester, New York          Law Offices of Bruce Levinson
           March 15, 2011               Attorneys for Plaintiffs

           By:     _____
                   Bruce Levinson

                   Dibble and Miller, P.C.

           By:     _____
                   Gerard Norton

                   Lacy Katzen LLP

           By:     _____
                   David D. MacKnight

                   The Wolford Law Firm LLP
                   Attorneys for the Shults Intervenors

           By:     _____
                   Sarah Snyder Merkel

                   Thomas Case, Pro Se

           By:     _____
                   Thomas Case

                   Nancy Case, Pro Se

- 2 -

5. None of the parties has any objection to plaintiffs' counsel participating telephonically in the oral argument of the motions referred to in this stipulation.

6. Fax signatures shall be deemed originals for all purposes in connection with this stipulation.

Dated:      Rochester, New York      Law Offices of Bruce Levinson
            March 15, 2011           Attorneys for Plaintiffs

By: _____
     Bruce Levinson

     Dibble and Miller, P.C.

By: _____
     Gerard Norton

     Lacy Katzen LLP

By: _____
     David D. MacKnight

     The Wolford Law Firm LLP
     Attorneys for the Shults Intervenors

By: _____
     Sarah Snyder Merkel

     Thomas Case, Pro Se

By: _____
     Thomas Case

     Nancy Case, Pro Se

5.      None of the parties has any objection to plaintiffs' counsel participating

telephonically in the oral argument of the motions referred to in this stipulation.

6.      Fax signatures shall be deemed originals for all purposes in connection with this

stipulation.

Dated:          Rochester, New York          Law Offices of Bruce Levinson
                March 15, 2011                Attorneys for Plaintiffs

                                    By:     _____
                                            Bruce Levinson

                                            Dibble and Miller, P.C.

                                    By:     _____
                                            Gerard Norton

                                            Lacy Katzen LLP

                                    By:     _____
                                            David D. MacKnight

                                            The Wolford Law Firm LLP
                                            Attorneys for the Shults Intervenors

                                    By:     _____
                                            Sarah Snyder Merkel

                                            Thomas Case, Pro Se

                                    By:     _____
                                            Thomas Case

                                            Nancy Case, Pro Se

03/15/2011 18:18 5     T&N CASE     PAGE 04

By:    *Nancy Case*
         Nancy Case


Approved and so ordered:    4-15-11


*Charles J. Siragusa*
HONORABLE CHARLES J. SIRAGUSA
United States District Judge